Name & Address:
David C. Parisi (162248)
Azita Moradmand (260271)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Clearspring Flash Cookie Litigation <br><br> PLAINTIFF(S) <br> v. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:10-cv-05948-GW <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Notice of Lodging First Amended Complaint

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☑ Other Notice of Lodging

**Reason:**
- ☐ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*):
  Local Rule 15-1, Proposed Amended Pleading

December 3, 2010
Date

David C. Parisi
Attorney Name

Brian White, et al.
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)   NOTICE OF MANUAL FILING