| | |
|---|---|
| 1 | SHERMAN W. KAHN (CA SBN 168924) |
| | SKahn@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| 3 | New York, New York  10104-0050 |
| | Telephone:  212.468.8023 |
| 4 | Facsimile:  212.468.7900 |

Attorneys for Defendant
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re Clearspring Flash Cookie Litigation | Case No. 2:10-cv-05948-GW-JCG<br>**NOTICE OF APPEARANCE BY SHERMAN W. KAHN** |

PLEASE TAKE NOTICE of the appearance of Sherman W. Kahn of the firm of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendant Warner Bros. Records Inc. in the above-captioned matter.  Copies of all pleadings and notices pertaining to the above-captioned matter should be forwarded to counsel through ECF or at the following address:

NOTICE OF APPEARANCE                    1
ny-953528

Sherman W. Kahn
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104-0050
Telephone:  212.468.8023
Facsimile:  212.468.7900
Email:  SKahn@mofo.com

Sherman W. Kahn is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Central District of California.

Dated:   December 14, 2010          MORRISON & FOERSTER LLP

                                    By:   /s/ Sherman W. Kahn
                                          Sherman W. Kahn

                                          Attorneys for Defendant
                                          WARNER BROS. RECORDS
                                          INC.